IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| FRANK L. HENSLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil No. 1:19-CV-77-GCM |

## **ORDER**

Defendant, Andrew Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to remand this case for further administrative proceedings. Plaintiff's attorney does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to remand a case to the Commissioner of Social Security under sentence six of 42 U.S.C. § 405(g), this matter is hereby REMANDED for further proceedings under sentence six of 42 U.S.C § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: June 13, 2019

Graham C. Mullen
United States District Judge