# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Frank L. Hensley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00077-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Saul, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on June 14, 2019.

June 14, 2019

Frank G. Johns, Clerk
United States District Court